# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:  Larwanda Depaula Williams
Debtor(s)

Case No.: 08-70665-SCS

Chapter 13

## NOTICE OF MOTION TO DISMISS

R. Clinton Stackhouse, Jr., Chapter 13 Trustee, has filed papers with the court to dismiss your case. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to dismiss your case or if you want the court to consider your views on the

## ATTEND THE HEARING SCHEDULED TO BE HELD:

at   **U.S. Bankruptcy Court**           on   **May 16, 2013**      at      **10:00 am**
     **Courtroom ONE**
     **600 Granby St**
     **Norfolk, VA  23510**

If you or your attorney do not take these steps, the court may decide that you do not oppose on the motion and may enter an order granting that relief.

R. CLINTON STACKHOUSE, JR., TRUSTEE

BY    /s/ R. Clinton Stackhouse, Jr.
      Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Notice of Hearing was mailed this __11th__ day of __April__, 2013 to:

Larwanda Depaula Williams
3013 Guenevere Drive
Chesapeake, VA  23323

Steve C Taylor
133 Mount Pleasant Rd
Chesapeake, VA  23322

/s/ R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:   Larwanda Depaula Williams                                 Case No.: 08-70665-SCS
         Debtor(s)
                                                                   Chapter 13

## MOTION FOR DISMISSAL

COMES NOW R. Clinton Stackhouse, Jr., Chapter 13 Trustee, and moves for dismissal of the above referenced bankruptcy matter, for failure to make payments.

1. The debtor as of April 09, 2013 (the "Motion Date") has paid a total of $32,755.59 into her plan.

2. Under the terms of the plan filed in this case, as of the Motion date, a total amount of $33,840.00 should have been paid.

3. As of the Motion date, the debtor is delinquent in plan payments in the total amount of $1,084.41.

For the foregoing reason, this case should be dismissed.


CHAPTER 13 TRUSTEE

BY  _____/s/ R. Clinton Stackhouse, Jr._____
           Chapter 13 Trustee


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Notice of Hearing was mailed this __11th__ day of ____April____, 2013.

Larwanda Depaula Williams            Steve C Taylor
3013 Guenevere Drive                 133 Mount Pleasant Rd
Chesapeake, VA  23323                Chesapeake, VA  23322


_____/s/ R. Clinton Stackhouse, Jr._____
           Chapter 13 Trustee

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000